1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

8

**SOUTHERN DISTRICT OF CALIFORNIA**

9
10

11 | ERIC D.,

Case No. 23-cv-346-MMA-WVG

12 |                             Plaintiff,

**AMENDED ORDER**

13 | v.

14 | COMMISSIONER OF SOCIAL
SECURITY,

15

16 |                           Defendant.

17

18        On February 22, 2023, Eric D. filed this social security appeal challenging the

19 denial of his application for Supplemental Security Income benefits pursuant to 42 U.S.C.

20 § 405(g).  *See* Doc. No. 1 ¶¶ 1–2.  On March 30, 2023, the Court referred the matter to

21 the assigned United States Magistrate Judge for report and recommendation pursuant to

22 28 U.S.C. § 636(b)(1)(B) and Civil Local Rule 72.1.  *See* Doc. No. 9.

23        On June 7, 2023, the parties jointly moved to remand this action to the Social

24 Security Administration.  *See* Doc. No. 13.  The assigned United States Magistrate Judge

25 granted the motion and remanded the matter, *see* Doc. No. 14, and the Clerk of Court

26 entered judgment, accordingly, *see* Doc. No. 15.  It appears now that this was the

27 inadvertent result of oversight, *see* 28 U.S.C. § 636(1)(A)–(B); Fed. R. Civ. P. 72; CivLR

28 72.1 (providing that Magistrate Judges may hear and determine any nondispositive

1  pretrial matter and may submit to the District Judge proposed findings and a

2  recommended disposition for case-dispositive motions), and therefore, pursuant to

3  Federal Rule of Civil Procedure 60(a), the Court **AMENDS** the Remand Order.

4        The Court retroactively **GRANTS** the parties' joint motion and **REMANDS** this

5  action to the Social Security Administration for further proceedings consistent with the

6  parties' joint motion, pursuant to sentence four of 42 U.S.C. § 405(g), as of <u>June 7, 2023</u>.

7  The Court further **DIRECTS** the Clerk of Court to issue an Amended Judgment in favor

8  of Plaintiff, and against Defendant, reversing the final decision of the Commissioner,

9  consistent with the terms of the parties' joint motion, as of <u>June 7, 2023</u>.

10        Because this Amended Order and the forthcoming Amended Judgment contain no

11  substantive changes and do not alter the parties' substantive rights, the time for filing a

12  notice of appeal and the relevant Equal Access to Justice Act ("EAJA"), 28 U.S.C.

13  § 2412(d) deadlines remain unchanged.  *Cf. Harman v. Harper*, 7 F.3d 1455, 1457 (9th

14  Cir. 1993) (holding that corrections under Rule 60(a) do not affect the time for filing a

15  notice of appeal).  After the Clerk of Court issues an Amended Judgment, the Court will

16  issue a written ruling on the pending motions for EAJA attorney fees in due course.

17        **IT IS SO ORDERED**.

18  Dated:  September 12, 2023

19

20         HON. MICHAEL M. ANELLO
       United States District Judge

21

22

23

24

25

26

27

28